

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUANCHI'S BURGERS INC.,

       Plaintiff,

Civil Action No. 21-cv-6875 DG/MHH

**AFFIDAVIT OF SERVICE**

-vs-

MJ BLUE SAGE & COMPANY LLC D/B/A
BROOKLYNITE BURGERS, ET AL.,

       Defendants.
----------------------------------------------------------X
STATE OF NEW YORK )
                S.S.
COUNTY OF NEW YORK)

       **CLAUDE BROWN**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 16th day of December, 2021, at approximately the time of 12:07pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; AND COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** upon **DIEGO MCFARLANE a/k/a MAURICIO MCFARLANE** at Brooklynite Burgers, 225 South 1st Street, Brooklyn, NY 11211, by personally delivering and leaving the same with **DIEGO MCFARLANE** at that address. At the time of service, deponent asked **DIEGO MCFARLANE** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       **DIEGO MCFARLANE** is a tan Hispanic male, approximately 36 years of age, stands approximately 6 feet 3 inches tall, weighs approximately 180 pounds with brown hair, brown eyes, a mustache, and a beard.

_____
CLAUDE BROWN, #2067019

Sworn to before me this
20th day of December, 2021

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com