Case 1:21-cv-06875-DG-MMH   Document 7   Filed 01/03/22   Page 1 of 1 PageID #: 74

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUANCHI'S BURGERS INC.,

          Plaintiff,

Civil Action No. 21-cv-6875 DG/MHH

**AFFIDAVIT OF SERVICE**

-vs-

MJ BLUE SAGE & COMPANY LLC D/B/A
BROOKLYNITE BURGERS, ET AL.,

          Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK   )
                      S.S.
COUNTY OF NEW YORK)

        **CLAUDE BROWN,** being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 16th day of December, 2021, at approximately the time of 12:03pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; AND COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** upon **MJ BLUE SAGE & COMPANY LLC D/B/A BROOKLYNITE BURGERS** at 225 South 1st Street, Brooklyn, NY 11211, by personally delivering and leaving the same with **DIEGO MCFARLANE,** who informed deponent that he holds the position of a Manager with that company and is authorized by appointment to receive service at that address.

        **DIEGO MCFARLANE** is a tan Hispanic male, approximately 36 years of age, stands approximately 6 feet 3 inches tall, weighs approximately 180 pounds with brown hair, brown eyes, a mustache, and a beard.

*[signature]*

CLAUDE BROWN, #2067019

Sworn to before me this
20th day of December, 2021

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com