CLOSED,ACO,TRADEMARK

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21-cv-06875-DG-MMH

| | |
|---|---|
| Juanchi's Burgers, Inc. v. MJ Blue Sage & Company et al | Date Filed: 12/13/2021 |
| Assigned to: Judge Diane Gujarati | Date Terminated: 01/20/2022 |
| Referred to: Magistrate Judge Marcia M. Henry | Jury Demand: Plaintiff |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Juanchi's Burgers, Inc.**   represented by   **Kyle George Kunst**
Gallet Dreyer & Berkey, LLP
845 Third Avenue
Ste 5th Floor
New York, NY 10022
212-935-3131
Email: kgk@gdblaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MJ Blue Sage & Company**   represented by   **David Nicholas Saponara**
*doing business as*
Brooklynite Burgers
Kudman Trachten Aloe Posner LLP
800 Third Avenue
Ste 11th Floor
New York, NY 10022
212-868-1010
Fax: 212-868-0013
Email: dsaponara@kudmanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diego McFarlane**   represented by   **David Nicholas Saponara**
*also known as*
McFarlane, Mauricio
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC-15111274 Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Juanchi's Burgers, Inc.. (Attachments: # 1 Exhibit Ex. A - Store License Agreement, # 2 Exhibit Ex. B - Yelp Webpage, # 3 Civil Cover Sheet Civil Case Cover Sheet, # 4 Proposed Summons Proposed Summons, MJ Blue Sage, # 5 Proposed Summons Proposed Summons, McFarlane) (Kunst, Kyle) (Entered: |

| | | |
|---|---|---|
| | | 12/13/2021) |
| 12/14/2021 | | Case Assigned to Judge Diane Gujarati and Magistrate Judge Marcia M. Henry. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 12/14/2021) |
| 12/14/2021 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Davis, Kimberly) (Entered: 12/14/2021) |
| 12/14/2021 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 12/14/2021) |
| 12/14/2021 | 4 | Summons Issued as to MJ Blue Sage & Company, Diego McFarlane. (Attachments: # 1 Summons) (Davis, Kimberly) (Entered: 12/14/2021) |
| 12/14/2021 | 5 | Notice of Report on the filing of an action regarding a Patent or Trademark. (Attachments: # 1 complaint) (Rocco, Christine) (Entered: 12/14/2021) |
| 01/03/2022 | 6 | SUMMONS Returned Executed by Juanchi's Burgers, Inc.. Diego McFarlane served on 12/16/2021, answer due 1/6/2022. (Kunst, Kyle) (Entered: 01/03/2022) |
| 01/03/2022 | 7 | SUMMONS Returned Executed by Juanchi's Burgers, Inc.. MJ Blue Sage & Company served on 12/16/2021, answer due 1/6/2022. (Kunst, Kyle) (Entered: 01/03/2022) |
| 01/05/2022 | 8 | NOTICE of Appearance by David Nicholas Saponara on behalf of MJ Blue Sage & Company, Diego McFarlane (aty to be noticed) (Saponara, David) (Entered: 01/05/2022) |
| 01/05/2022 | 9 | Letter MOTION for Extension of Time to File *Response to Complaint* by MJ Blue Sage & Company, Diego McFarlane. (Attachments: # 1 Exhibit Stipulation Extending Time to Respond to Complaint) (Saponara, David) (Entered: 01/05/2022) |
| 01/05/2022 | 10 | Corporate Disclosure Statement by MJ Blue Sage & Company (Saponara, David) (Entered: 01/05/2022) |
| 01/06/2022 | | ORDER: GRANTING 9 Motion for Extension of Time to File Answer. Defendants have until **01/14/2022** to answer or otherwise respond to the Complaint. So Ordered by Magistrate Judge Marcia M. Henry on 01/06/2022. (Gans, Courtney) (Entered: 01/06/2022) |
| 01/14/2022 | 11 | Letter MOTION for pre motion conference *re: Defendants' Proposed Motion to Dismiss the Complaint* by MJ Blue Sage & Company, Diego McFarlane. (Attachments: # 1 Exhibit 1 - Exclusivity Agreement, # 2 Exhibit 2 - Registration Certificates) (Saponara, David) (Entered: 01/14/2022) |

| | | |
|---|---|---|
| 01/20/2022 | 12 | NOTICE of Voluntary Dismissal by Juanchi's Burgers, Inc. *Without Prejudice as to All Defendants* (Kunst, Kyle) (Entered: 01/20/2022) |
| 01/20/2022 | | **ORDER DISMISSING CASE** and denying as moot 11 Motion for pre motion conference: As per the 12 Notice of Voluntary Dismissal filed January 20, 2022, this action is hereby dismissed without prejudice. Further, in light of the dismissal, Defendants' 11 Motion for pre motion conference is denied as moot. The Clerk of Court is respectfully directed to close this case. Ordered by Judge Diane Gujarati on 1/20/2022. (Almonte, Kelly) (Entered: 01/20/2022) |